664 A.2d 936

IN THE MATTER OF GLENN D. DE SANTIS,
AN ATTORNEY AT LAW.

October 4, 1995.

## ORDER

**GLENN D. DE SANTIS** of **WESTMONT,** who was admitted to the bar of this State in 1986, having entered a plea of guilty in the United States District Court for the Eastern District of Pennsylvania to one count of mail fraud, in violation of 18 *U.S.C.A.* 1341, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **GLENN D. DE SANTIS,** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further order of this Court; and it is further

ORDERED that **GLENN D. DE SANTIS,** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **GLENN D. DE SANTIS,** comply with *Rule* 1:20–20 dealing with suspended attorneys.